# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2396
_____

DEREK HIGHT,

    Appellant,

    v.

LINDA CAMPBELL, RODERICK
CAMPBELL, IVY RENEE WEBB,
RICKY CAMPBELL, REGINALD
CAMPBELL, RONALD CAMPBELL
and TORONTO CAMPBELL, In Re:
Estate of Kelly W. Campbell,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

February 22, 2018

PER CURIAM.

AFFIRMED. *See Rose v. Sonson*, 208 So. 3d 136 (Fla. 3d DCA 2016).

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Taso M. Milonas of Taso M. Milonas, P.A., Sarasota and Judy-Ann Smith of Judy-Ann Smith Law Firm, P.A., Jacksonville, for Appellant.

Jordan Hammer and Jeffrey H. Skatoff of Clark Skatoff P.A., Palm Beach Gardens, for Appellees Roderick Campbell, Ivy Renee Webb, Ricky Campbell, Reginald Campbell, Ronald Campbell, and Toronto Campbell.